IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:16cr13-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | NOTICE OF APPEARANCE |
| v. ) | |
| ) | |
| EMMANUEL GOODING, et. al. ) | |

NOW COMES the undersigned attorney for the United States, admitted to practice in this Court, and acting by and through Jill Westmoreland Rose, United States Attorney, and hereby enters an appearance in this case.

JILL WESTMORELAND ROSE
UNITED STATES ATTORNEY

**s/ William A. Brafford**
William A. Brafford, Bar Number 7625
Attorney for the Plaintiff
Assistant United States Attorney
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, North Carolina 28202
Telephone: (704) 344-6222
Fax: (704) 344-6629
Email:william.brafford@usdoj.gov

1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:16cr13-MOC

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| | ) | |
| EMMANUEL GOODING | ) | |

      I hereby certify that the foregoing document was served on the parties and counsel of record by submitting it to the Court for electronic notice.

      s/ William A. Brafford
      Assistant United States Attorney

2